THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEEP WEB, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IAC SEARCH & MEDIA, INC., <br><br> Defendant. | Civil Action No. 2:14-cv-00664-MJP <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** <br><br> NOTE ON MOTION CALENDAR: <br> February 18, 2015 |

Plaintiff Deep Web, LLC and Defendant IAC Search & Media, Inc., through their undersigned counsel-of-record, hereby move pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing all claims between them in this action without prejudice, on the following terms and conditions: (i) each party shall bear its own costs, expenses, and attorneys' fees in connection with this action; and (ii) any action for patent infringement commenced by Plaintiff against Defendant shall be brought only in the United States District Court for the Western District of Washington, at Seattle.

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 1
CASE NO. 2:14-CV-00664-MJP

**KILPATRICK TOWNSEND & STOCKTON LLP**
Suite 4400, 1420 Fifth Avenue
Seattle, WA 98101
(206) 467-9600

1  DATED: February 18, 2015              Respectfully submitted,

2  **ROHDE & VAN KAMPEN**                **KILPATRICK TOWNSEND & STOCKTON LLP**

5  By: *s/Nathan Paine*                  By: *s/Christopher Schenck*
    Nathan Paine                              Christopher Schenck
    npaine@rvk-law.com                        cschenck@kilpatricktownsend.com
    Al Van Kampen                             Suite 4400, 1420 Fifth Avenue
    avk@rvk-law.com                           Seattle, WA  98101
    1001 Fourth Avenue, Suite 4050            Tel:  (206) 467-9600
    Seattle, WA 98154
    Tel:  (206) 386-7353                  *Counsel for Defendant*
                                          *IAC Search & Media, Inc.*
   **STAMOULIS & WEINBLATT LLC**

   Richard C Weinblatt
   weinblatt@swdelaw.com
   6 Denny Road, Suite 307
   Wilmington, DE  19809
   Tel:  (302) 999-1540

   *Counsel for Plaintiff*
   *Deep Web, LLC*

# **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that this action is dismissed without prejudice on the following terms and conditions: (i) each party shall bear its own costs, expenses, and attorneys' fees in connection with this action; and (ii) any action for patent infringement commenced by Plaintiff against Defendant shall be brought only in the United States District Court for the Western District of Washington, at Seattle.

DATED this _____ day of _____, 2015.

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 3
CASE NO. 2:14-CV-00664-MJP

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Suite 4400, 1420 Fifth Avenue
Seattle, WA 98101
(206) 467-9600

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that counsel of record who are deemed to have consented

3 to electronic service are being served with a copy of **STIPULATION AND ORDER FOR**

4 **DISMISSAL WITHOUT PREJUDICE** via the Court's CM/ECF system February 18, 2015.

| **ROHDE & VAN KAMPEN** | **STAMOULIS & WEINBLATT LLC** |
|---|---|
| Nathan Paine<br>npaine@rvk-law.com<br>Al Van Kampen<br>avk@rvk-law.com<br>1001 Fourth Avenue, Suite 4050<br>Seattle, WA 98154<br>Tel: (206) 386-7353<br><br>*Counsel for Plaintiff*<br>*Deep Web, LLC* | Richard C Weinblatt<br>weinblatt@swdelaw.com<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Tel: (302) 999-1540<br><br>*Counsel for Plaintiff*<br>*Deep Web, LLC* |

DATED: February 18, 2015           By:   *s/Christopher Schenck*
                                                   Christopher Schenck

STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE - 4
CASE NO. 2:14-CV-00664-MJP

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Suite 4400, 1420 Fifth Avenue
Seattle, WA 98101
(206) 467-9600